AUGUST 11, 1801.

# Ellis & Galbraith *v.* John O'Bannon.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Bourbon county.*

1. Where a bond is conditioned for the payment of a sum of money by installments, the penalty becomes due upon failure to pay the first or any subsequent installment.
2. But where, by the terms of a bond conditioned to pay a sum by installments, the penalty was not to become forfeited until failure to pay the last installment, an action for the penalty can not be sustained until all the installments are due.

This cause is different from a bond conditioned for payment by installments, where the penalty becomes forfeited by a failure to

pay the first, or any subsequent installment; but in the present case it appears to the court that the penalty contained in the writing obligatory did not become forfeited until after the last payment became due, and consequently that a suit could not be supported for the penalty till that period arrived. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside, and that the plaintiffs recover of the defendant their costs in this behalf expended, which is ordered to be certified to the said court.